THE STATE OF OHIO, APPELLEE, *v.* LUNA, APPELLANT.

[Cite as *State v. Luna* (1995), 73 Ohio St.3d 38.]

(No. 94–2337—Submitted April 24, 1995—Decided August 9, 1995.)

*Michael K. Luna,* pro se.

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.